In the Matter of LASER TECH, INC. LASER TECH, INC., et al., Appellants; PAUL H. FIDELMAN, Respondent.—

Hopkins, Acting P. J., Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur.